FILED'10 SEP 02 11:13 USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

HTI HOLDINGS, INC., an Oregon corporation

                Plaintiff,

                Civil No. 10-6021-TC

v.

                O R D E R

HARTFORD CASUALTY INSURANCE
COMPANY, a Delaware corporation

                Defendant.

      Magistrate Judge Coffin filed his Findings and Recommendation on August 3, 2010. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

      THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

      Dated this __1__ day of September, 2010.

                                                                     Ann Aiken, United States District Judge

Order -- Page 1